# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Chapter 13

GOCHA GELASHVILI                      Bankruptcy No. 22-11002-MDC

50 SHANNON DRIVE

NORTH WALES, PA 19454

                    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
GOCHA GELASHVILI

50 SHANNON DRIVE

NORTH WALES, PA 19454

**Counsel for debtor(s), by electronic notice only.**
MICHELE PEREZ CAPILATO, ESQ.
500 OFFICE CENTER DRIVE
SUITE 400
FORT WASHINGTON, PA 19034-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 7/13/2022                                        /s/ Kenneth E. West

                                    _____
                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee