**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                         : Chapter 13

Gocha Gelashvili                                                                      : Bankruptcy 22–11002–mdc
      Debtor(s)

**NOTICE**

1. A review of the court record indicates that the following outstanding fees are due to the bankruptcy court relating to the filing of the document noted:

Motion for Protective Order Pursuant to 11 U.S.C. 107(c) and FRBP 9037 to Redact/Restrict Access to Filed Documents Containing Personal Data Identifiers Filed by Citadel Federal Credit Union (Fee is for Redaction)

2. Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

3. If the payment is not processed within seven (7) days from the date of this notice, this matter will be referred to the Court.

                                                              For the Court

Date: 8/12/22                                                                                      Timothy B. McGrath
                                                                           Clerk of Court