United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gocha Gelashvili  
    Debtor

Case No. 22-11002-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gocha Gelashvili, 50 Shannon Drive, North Wales, PA 19454-4031 |
| 14687983 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14727032 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14694347 | | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 00:33:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14685029 | + | Email/PDF: bncnotices@becket-lee.com | Dec 02 2022 00:33:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14685030 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2022 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14688927 | ^ | MEBN | Dec 02 2022 00:22:49 | Bank of America, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685031 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2022 00:24:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 14688956 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2022 00:24:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14691040 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2022 00:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14685032 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2022 00:33:17 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690942 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2022 00:33:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14685033 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 02 2022 00:24:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14714401 | + | Email/Text: BKRMailOps@weltman.com | Dec 02 2022 00:24:00 | Citadel Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14685034 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2022 00:33:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14687932 | | Email/Text: mrdiscen@discover.com | Dec 02 2022 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14685035 | + | Email/Text: mrdiscen@discover.com | Dec 02 2022 00:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Dec 01, 2022 | Form ID: 155 | Total Noticed: 26

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14685036 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 02 2022 00:24:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 14687092 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 00:33:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687262 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2022 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685037 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2022 00:24:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14685038 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2022 00:33:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14702349 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 02 2022 00:24:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14685039 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 02 2022 00:24:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14685040 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 00:33:17 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14692761 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 02 2022 00:33:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JAMES P. VALECKO | on behalf of Creditor Citadel Federal Credit Union pitecf@weltman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: 155 | Total Noticed: 26 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELE PEREZ CAPILATO

on behalf of Debtor Gocha Gelashvili perezcapilatolaw@yahoo.com
michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gocha Gelashvili
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11002−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 1, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Magdeline D. Coleman
                      Chief Judge ,
                      United States Bankruptcy Court

                             33
                         Form 155