**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GOCHA GELASHVILI<br><br><br>Debtor(s) | CASE NO. 22-11002-mdc<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for CITADEL FEDERAL CREDIT UNION and enter Milos Gvozdenovic as attorney for CITADEL FEDERAL CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/12/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com


/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GOCHA GELASHVILI<br><br>Debtor(s) | CASE NO.  22-11002-mdc<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for CITADEL FEDERAL CREDIT UNION do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 12, 2023, upon those listed below:

**Service by First-Class Mail**:

GOCHA GELASHVILI, Debtor
50 Shannon Drive
North Wales, PA 19454


**and Service by NEF/ECF**:

MICHELE PEREZ CAPILATO, Debtors Attorney at perezcapilatolaw@yahoo.com
KENNETH E. WEST, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ph.ecf@usdoj.gov


WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com


/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com