UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Gocha Gelashvili<br>            Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>            Movant<br>        vs.<br><br>Kenneth E. West, Trustee<br>Gocha Gelashvili<br>            Respondents | Chapter 13<br>Bankruptcy No. 22-11002 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CERTIFICATION OF
SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for the Movant, Bank of America, N.A., or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 27th day of November, 2024, upon the following:

Gocha Gelashvili
50 Shannon Drive
North Wales, PA 19454

Michele Perez Capilato
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Bank of America, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com