**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | **:** | CHAPTER 13 |
| GOCHA GELASHVILI | : | |
| Debtor(s) | : | No. 22-11002 amc |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

COMES NOW, GOCHA GELASHVILI, the above-captioned Debtor, by and through counsel of record herein, Michele Perez Capilato, Esquire, and respectfully requests that Docket entry No. 43, Debtor's Answer to Bank of America's Motion for Relief, be WITHDRAWN.

December 18, 2024                MICHELE PEREZ CAPILATO, ESQUIRE

/s/ Michele Perez Capilato
Michele Perez Capilato, Esquire
I.D. No. 90438
Attorney for Debtor
500 Office Center Drive
Suite 400
Fort Washington, PA 19034
(267) 513-1777
Fax 1 (866) 535-8160
michelecapilatolaw@gmail.com
Attorney for Debtor