**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Gocha Gelashvili<br>                    Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>                    Movant<br>           vs.<br><br>Kenneth E. West, Trustee<br>Gocha Gelashvili<br>                    Respondents | Chapter 13<br>Bankruptcy No. 22-11002 |

## ORDER

AND NOW, this _____ day of _____, 20_____, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, TERMINATED and/or MODIFIED to permit Bank of America, N.A., or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess or replevy and/or sale of the collateral, namely the 2019 FORD SUPER DUTY F-350 bearing VIN # 1FT8W3BT9KEF67632, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, and it is further,

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency of the within bankruptcy case absent further Order of this Court.

**Date: December 19, 2024**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

Michele Perez Capilato
Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Gocha Gelashvili
50 Shannon Drive
North Wales, PA 19454

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107