Certificate Number: 15111-PAE-DE-039751141

Bankruptcy Case Number: 22-11002



15111-PAE-DE-039751141

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2025, at 12:38 o'clock AM EDT, Gocha Gelashvili completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 10, 2025

By:  /s/Rafia Yaqoob for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education