United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11002-djb |
| Gocha Gelashvili | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gocha Gelashvili, 50 Shannon Drive, North Wales, PA 19454-4031 |
| 14727032 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14694347 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 00:19:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14685029 | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 00:19:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14685030 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 00:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14688927 | ^ | MEBN | Jul 11 2025 00:13:27 | Bank of America, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685031 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 00:17:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 14688956 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 00:17:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14691040 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2025 00:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14685032 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2025 00:20:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690942 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2025 00:19:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14687983 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 11 2025 00:17:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14685033 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 11 2025 00:17:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14714401 | + | Email/Text: BKRMailOps@weltman.com | Jul 11 2025 00:17:00 | Citadel Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, |

Case 22-11002-djb   Doc 57   Filed 07/12/25   Entered 07/13/25 00:34:17   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Cleveland, OH 44131-1829 |
| 14685034 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 00:31:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14687932 | | Email/Text: mrdiscen@discover.com | Jul 11 2025 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14685035 | + | Email/Text: mrdiscen@discover.com | Jul 11 2025 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14685036 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2025 00:17:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 14687092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 00:19:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687262 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685037 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2025 00:17:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14685038 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 00:19:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14702349 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 11 2025 00:17:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14685039 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 11 2025 00:17:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14685040 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 11 2025 00:30:49 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14692761 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 11 2025 00:31:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2025 at the address(es) listed below:

**Name**                      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 10, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

ANDREW M. LUBIN
    on behalf of Creditor BANK OF AMERICA nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELE PEREZ CAPILATO
    on behalf of Debtor Gocha Gelashvili michelecapilatolaw@gmail.com
    perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MILOS GVOZDENOVIC
    on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 55 − 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Gocha Gelashvili ) Case No. 22−11002−djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 10, 2025                                            For The Court

                                                                                                 Timothy B. McGrath
                                                                                                 Clerk of Court