United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 22-11002-djb
Gocha Gelashvili                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: 3180W | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gocha Gelashvili, 50 Shannon Drive, North Wales, PA 19454-4031 |
| 14727032 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 31 2025 04:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14694347 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2025 00:20:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14688956 | | EDI: BANKAMER | Jul 31 2025 04:13:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14691040 | | EDI: BANKAMER | Jul 31 2025 04:13:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14690942 | + | EDI: AIS.COM | Jul 31 2025 04:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14687983 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 31 2025 00:15:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14714401 | + | Email/Text: BKRMailOps@weltman.com | Jul 31 2025 00:15:00 | Citadel Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14687932 | | EDI: DISCOVER | Jul 31 2025 04:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14687092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:20:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687262 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2025 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14702349 | | EDI: USBANKARS.COM | Jul 31 2025 04:13:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14692761 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 31 2025 00:32:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Gocha Gelashvili michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

<div style="border:1px solid">

**Information to identify the case:**

Debtor 1
**Gocha Gelashvili**

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–1294
EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:    22–11002–djb

</div>

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gocha Gelashvili

7/29/25

**By the court:** <u>Derek J Baker</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2